# Court of Appeals
# of the State of Georgia

ATLANTA, __January 12, 2017__

*The Court of Appeals hereby passes the following order:*

**A16A1556. DEW PLUMBING, INC. et al. v. FISHMAN et al.**

On February 8, 2016, this Court granted the Appellants' application for discretionary appeal, and now, based on our consideration of the appellate record, we DISMISS the appeal as improvidently granted because this Court lacks jurisdiction to consider an appeal from an order that is stayed. See *Landauer v. Litsky*, 224 Ga. App. 339, 340 (480 SE2d 349) (1997). This dismissal is not to be construed as an adjudication on the merits of the appeal; but rather, based on the Appellants' earlier motion to withdraw their discretionary application, the application will be considered withdrawn.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/12/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*